UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BENNETT, JR., <br> Petitioner <br> v. <br> C. E. DUCART, <br> Respondent. | Case No. CV 15-07356-DMG (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: June 20, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE